█ Mary DeLuca, Individually and as Class Representative, et al., Respondents, v Tonawanda Coke Corporation et al., Appellants, et al., Defendants. (Appeal No. 2.) [21 NYS3d 911]—Appeal from an order of the Supreme Court, Erie County (Paula L. Feroleto, J.), entered January 7, 2015. The order, inter alia, granted in part the motion of plaintiffs for class certification.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *DeLuca v Tonawanda Coke Corp.* ([appeal No. 1] 134 AD3d 1534 [2015]). Present—Scudder, P.J., Smith, Valentino, Whalen and DeJoseph, JJ.